UNITED STATES DISTRICT COURT

JS-6

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JONES, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>PL DEVELOPMENTS, LLC, a limited liability company; and DOES 1-50; inclusive.<br><br>            Defendants. | Case No.: 2:15-cv-05713-ODW-JEM<br><br>Hon. Otis D. Wright II, Courtroom 11<br><br>**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

The Court having considered the Stipulation of Dismissal of the Entire Action with Prejudice entered into between Plaintiff Travis Jones and Defendant P&L Development, LLC dba PL Developments, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.    The above-captioned action is dismissed with prejudice in its entirety as to all claims and all parties pursuant to Federal Rules of Civil Procedure 41(a)(1); and

/ / /

/ / /

/ / /

2.     Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: _____September 23, 2016_____

Hon. Otis D. Wright II
U.S. District Court Judge

4841-0064-8761, v. 1